UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DOUGLAS V. KILLINS, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) No. 3:20-CV-00347-JRG-HBG |
| MIKE PARRIS and STATE OF TENNESSEE, | ) ) ) |
| Respondents. | ) ) |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered today, the petition for a writ of habeas corpus [Doc. 6] and motion for preliminary injunction [Doc. 10] are **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Further, the Court **CERTIFIED** in its Memorandum Opinion that any appeal from this action would not be taken in good faith and would be totally frivolous, and therefore, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. *See* Fed. R. App. P. 24.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *John L. Medearis*
District Court Clerk